DOYLE ET AL. *v.* O'BRIEN, CHIEF OF POLICE
OF SOMERVILLE, ET AL.

No. 1123, Misc.  Decided January 12, 1970

*Edward J. Duggan* for appellants.

*Robert H. Quinn,* Attorney General of Massachusetts,
*John Wall,* Assistant Attorney General, and *Lawrence P.
Cohen,* Deputy Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.

SWAIN ET AL. *v.* BOARD OF ADJUSTMENT OF
THE CITY OF UNIVERSITY PARK ET AL.

No. 714.  Decided January 12, 1970

*William Burrow* for appellants.

*Alfred L. Ruebel* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction.  Treating the papers
whereon the appeal was taken as a petition for a writ
of certiorari, certiorari is denied.